UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                        CHAPTER 13
MARTIN D. BERNAU
CYNTHIA A. BERNAU                          CASE NO. 12-83776

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**     Bank of America NA                   **Court claim #:**   7

**Last four digits** of any number used to identify the debtor's account: 6216

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $1784.91 |
| Amount Paid by Trustee | $1784.91 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐     Thru the Chapter 13 Plan          ☒     Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  8/17/17                          /s/Lydia S. Meyer
                                                                              Lydia S. Meyer, Trustee
                                                                              308 W. State St., Suite 212
                                                                              Rockford, IL  61101

Certificate of Service
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 17th Day of August, 2017.

Dated:  8/17/17                          /s/Cynthia K. Burnard

BANK OF AMERICA NA
ATTN: PAYMENT PROCESSING
PO BOX 660933
DALLAS, TX 75266-0933

BANK OF AMERICA
450 AMERCAN STREET
SIMI VALLEY, CA  93065

BANK OF AMERICA NA
BANKRUPTCY DEPT MC: CA6-919-01-23
400 NATIONAL WAY
SIMI VALLEY, CA 93065

JILL SIDOROWICZ
WEISS MCCLELLAND LLC
105 WEST ADAMS ST. STE. 1850
CHICAGO, IL 60603

MARTIN D. BERNAU
CYNTHIA A. BERNAU
2790 CADBURY CIRCLE
LAKE IN THE HILLS, IL  60156

GERACI LAW LLC
55 E. MONROE ST., SUITE 3400
CHICAGO, IL  60603